UNITED STATES of America,
Plaintiff—Appellee,

v.

Duane Jeleal OSBOURNE, a/k/a Duane
Anthony Osborne, a/k/a Rocky, a/k/a
Sealed Defendant # 12, Defendant—
Appellant.

No. 06–7451.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 30, 2007.

Decided: Sept. 5, 2007.

Duane Jeleal Osbourne, Appellant Pro
Se. Gretchen C.F. Shappert, United
States Attorney, Charlotte, North Car-
olina, for Appellee.

Before MICHAEL, KING, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Duane Jeleal Osbourne appeals the dis-
trict court's order denying his motion to
reconsider the denial of his motion filed
under 18 U.S.C.A. § 3582 (West 2000 &
Supp.2007). We have reviewed the record
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *United States v. Osbourne,*
No. 3:95–cr–00178–12 (W.D.N.C. Aug. 4,
2006). We grant Osbourne's motion to
proceed in forma pauperis. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*